OPINION — AG — **** ATTENDANCE AT SPECIAL TRAINING SESSIONS NOT CONDITION TO HOLD OFFICE OF CERTAIN MUNICIPAL ELECTED OFFICERS **** ELECTED CLERKS, TREASURERS OR FINANCE OFFICERS OF MUNICIPALITIES ARE NOT REQUIRED TO ATTEND TRAINING SESSIONS CONDUCTED BY THE COMMISSION FOR TRAINING FOR MUNICIPAL CLERKS, TREASURERS AND FINANCE OFFICERS AS A QUALIFICATION FOR HOLDING THEIR OFFICE. CITE: 11 O.S. 1970 Supp., 547.1 [11-547.1], 11 O.S. 1970 Supp., 547.5 [11-547.5] (MARVIN C. EMERSON)